# Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
**TX 8-150-444**
**Effective Date of Registration:**
June 03, 2015

## Title

**Title of Work:** 2009 Comprehensive Accreditation Manual for Hospitals, Update 2

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** November 01, 2009
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59940-322-9

## Author

- **Author:** Joint Commission on Accreditation of Healthcare Organizations
  **Author Created:** text, artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Joint Commission on Accreditation of Healthcare Organizations
One Renaissance Boulevard, Oakbrook Terrace, IL, 60181, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, artwork
**Previous registration and year:** TX-7-299-876, 2009

**New material included in claim:** text, artwork

## Rights and Permissions

**Organization Name:** Joint Commission Resources
**Name:** Johanna Harris
**Email:** jharris@jcrinc.com
**Telephone:** (630)792-5432
**Address:** 1515 W. 22nd Street
Suite 1300W
Oak Brook, IL 60523 United States

**Registration #:** TX0008150444
**Service Request #:** 1-2440545621


Joint Commission Resources
Johanna Harris
1515 W. 22nd Street
Suite 1300W
Oak Brook, IL 60523 United States