| 2009 CAMH, Update 2 (Exh. A) | CLG Provision of Care (Exh. C) |
|---|---|
| PC-1 and PC-2 | xiii-xiv |
| PC-4 | 7 |
| PC-5 | 8 |
| PC-6 | 10 |
| PC-7 | 13 |
| PC-7 | 14 |
| PC-8 | 15 |
| PC-8 and PC-9 | 16 |
| PC-13 | 23 |
| PC-15 and PC-16 | 24 |
| PC-13 | 30 |
| PC-16 and PC-17 | 33-34 |
| PC-18 | 36 |
| PC-19 | 38-39 |
| PC-21 | 43 |
| PC-58 | 63 |
| PC-59 | 65 |
| PC-59 and PC-60 | 66 |
| PC-61 and PC-62 | 68-69 |
| PC-63 | 77 |
| PC-65 | 82 |

| 2009 CAMH, Update 2 (Exh. A) | CLG Infection Control (Exh. D) |
|---|---|
| IC-5 | 11 |
| IC-6 | 13 |
| IC-6 | 16 |
| IC-6 | 17 |
| IC-6 | 17 |
| IC-6 | 18 |
| IC-6 | 25 |
| IC-6 | 26 |
| IC-6 and IC-7 | 29 |
| IC-6 | 31 |
| IC-7 | 33 |
| IC-7 | 35 |
| IC-7 | 38-39 |
| IC-7 | 40 |
| IC-7 | 41 |
| IC-7 and IC-8 | 44 |
| IC-8 | 45 |
| IC-8 | 46 |

| 2009 CAMH, Update 2 (Exh. A) | CLG Infection Control (Exh. D) |
|---|---|
| IC-8 and IC-9 | 48 |
| IC-9 | 50 |
| IC-9 | 51 |
| IC-9 | 52 |
| IC-9 | 53 |
| IC-10 | 55 |
| IC-10 and IC-11 | 56 |
| IC-11 | 57-58 |
| IC-12 | 59 |
| IC-12 | 60 |
| IC-12 | 61-62 |
| IC-12 | 63 |
| IC-13 | 64-65 |
| IC-13 and IC-14 | 70 |
| NPSG-9 and NPSG-10 | 76-77 |
| NPSG-10 through NPSG-13 | 79 |
| NPSG-10 through NPSG-14 | 80-83 |
| IC-5 through IC-14, NPSG-9 through NPSG-13 | 92-98 |
| IC-12 and IC-13 | 119-120 |

| 2009 CAMH, Update 2 (Exh. A) | CLG Information Management (Exh. E) |
|---|---|
| IM-5, IM-7, and IM-8 | 7 |
| IM-4 through IM-8 | 8 |
| RC-3, RC-6 through RC-9, RC-12, and RC-13 | 10-11 |
| RC-5, RC-9, and RC-12 | 12 |
| IM-3 through IM-9 | 43-46 |

| 2009 CAMH, Update 2 (Exh. A) | CLG Information Management (Exh. E) |
|---|---|
| MM-5, MS-17, PC-5 through PC-8, PC-13, PC-14, PC-25 through PC-27, PC-32 through PC-34, PC-40, PC-41, PC-44 through PC-47, PC-49 through PC-51, RC-3 through RC-13 | 47-67 |

| 2009 CAMH, Update 2 (Exh. A) | CLG Life Safety (Exh. F) |
|---|---|
| LS-6 and LS-7 | 18, 20, 22 |
| LS-7 through LS-9 | 24-25, 29, 35-38 |
| LS-9 and LS-10 | 40-45 |
| LS-11 through LS-14 | 46-54, 56-57, 59-64 |
| LS-15 through LS-21 | 65-71, 76-94 |
| LS-21 and LS-22 | 96, 99-100 |
| LS-22 through LS-24 | 102-106, 108-109 |
| LS-24 | 109-110, 112 |
| LS-24 and LS-25 | 115-120 |
| LS-26 | 121-123 |

| 2009 CAMH, Update 2 (Exh. A) | CLG Human Resources (Exh. G) |
|---|---|
| HR-3 through HR-10 | 119-130 |

| 2009 CAMH, Update 2 (Exh. A) | Verify and Comply (Exhs. H1 and H2) |
|---|---|
| MS-20 and MS-21 | 40 |
| MS-25 | 48 |
| MS-24 | 50 |
| MS-25 | 52, 54 |
| MS-22 and MS-23 | 56 |
| MS-24 | 59 |
| MS-22 | 62 |
| MS-24 | 65 |
| MS-28 and MS-29 | 69-71 |

| 2009 CAMH, Update 2 (Exh. A) | Verify and Comply (Exhs. H1 and H2) |
|---|---|
| MS-26 | 72 |
| MS-27 | 73-74 |
| MS-34 and MS-35 | 76 |
| HR-4 through HR-6 | 84-85 |
| MS-25 | 101 |
| MS-32 and MS-33 | 104-105 |
| MS-24 | 116 |
| MS-25 | 118, 120 |
| MS-22, MS-23, MS-32, and MS-33 | 122-123 |
| MS-24 | 125 |
| MS-24 | 131 |
| MS-26 | 137 |
| MS-27 | 138-139 |
| MS-34 and MS-35 | 141 |
| MS-37 | 145 |
| MS-24 and MS-26 | 146 |
| EM-17 and EM-18 | 153-155 |
| GL-7 and GL-8 | 167-168 |
| LD-8 and MS-5 through MS-8 | 175-177 |
| LD-8 and LD-9 | 180-181 |
| MS-9 and MS-10 | 182-183 |
| MS-5 through MS-8 | 184-189 |
| LD-8, LD-13, and LD-21 | 190 |
| MS-11 | 195 |
| MS-33 and MS-34 | 196-198 |
| MS-11 and MS-12 | 201 |
| MS-16 | 203 |
| MS-15 through MS-17 | 205-207 |
| MS-34 and LD-16 | 208 |
| MS-16 | 210 |
| LD-29 through LD-31, MS-40, MS-39, MS-35 through MS-37, MS-13 through MS-15, LD-7, LD-8, LD-22, MS-10 through MS-13 | 211-222 |
| LD-22 , PC-26, and PC-27 | 224-225 |

| 2009 CAMH, Update 2 (Exh. A) | Verify and Comply (Exhs. H1 and H2) |
|---|---|
| PC-54, PC-55, and PC-57 | 229 |
| MS-27 and RC-3 through RC-5 | 232 |
| MM-14, MM-12, MM-7, and MM-8 | 234-235 |
| MS-13 | 237 |
| PC-16, HR-3, IC-4, and LD-7 | 238-239 |
| PC-20, PC-24, PC-26, PC-25, LD-23, PC-27, and PC-17 | 241-243, 245-246 |